

PD-0729-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/22/2015 4:34:30 PM
Accepted 6/24/2015 10:41:19 AM
ABEL ACOSTA
CLERK



**Rosemary Lehmberg** ✫ **Travis County District Attorney**

P.O. Box 1748  Austin, Texas  78767 • Telephone: 512-854-3626 • Fax: 512-854-4206

June 22, 2015

Court Criminal of Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

   Re: **James Arthur Brown vs. State of Texas, No. 03-13-00760-CR; PD-0729-15**

To the Honorable Judges of the Court Criminal of Appeals:

   Please be advised that William G. Swaim III has been appointed Special Assistant District Attorney of Travis County, Texas, for the purpose of representing the State of Texas in the above-referenced matter.

   Attached please find Mr. Swaim's certificate of appointment, oath of office, and statement pursuant to Article XVI, Section 1 of the Texas Constitution.

         Respectfully submitted,

         */s/ M. Scott Taliaferro*
         M. Scott Taliaferro
         Assistant District Attorney

## CERTIFICATE OF COMPLIANCE

   Pursuant to Texas Rule of Appellate Procedure 9.4(i), I hereby certify, based upon the computer program used to generate this letter, that this letter contains 67 words, excluding words contained in those parts of the letter that Rule 9.4(i) exempts from inclusion in the word count.

         */s/ M. Scott Taliaferro*
         M. Scott Taliaferro
         Assistant District Attorney

FILED IN
COURT OF CRIMINAL APPEALS

June 24, 2015

ABEL ACOSTA, CLERK

## CERTIFICATE OF SERVICE

I hereby certify that, on this 22nd day of June, 2015, copies of the foregoing letter and the enclosures were sent, via U.S. mail, email, facsimile, or electronically through the electronic filing manager, to the following attorney for the appellant:

Tanisa Jeffers, Esq.
Brian Bernard, Esq.
Bernard & Associates
1203 Baylor Street
Austin, TX 78703
Fax: 512.478.9827
Email: tanisaL@hotmail.com and
         attorneybernard@yahoo.com

I certify, further, that copies of the foregoing letter and the enclosures were sent, via U.S. mail, email, facsimile, or electronically through the electronic filing manager, to the following attorney for the State:

William G. Swaim III
Special Assistant District Attorney
c/o County Attorney's Office
Travis County, Texas
P.O. Box 1748
Austin, TX 78767

/s/ M. Scott Taliaferro
M. Scott Taliaferro

APPOINTMENT

THE STATE OF TEXAS

COUNTY OF TRAVIS

D-1-DC-13-300430

COPY

I, Rosemary Lehmberg, Travis County District Attorney, 53rd Judicial District, of the State of Texas, having full confidence in WILLIAM G. SWAIM III of said County and State, do hereby, with the consent of WILLIAM G. SWAIM III appoint WILLIAM G. SWAIM III as Special Assistant District Attorney of Travis County, Texas, to act in my name, place and stead, to do and perform any and all acts and things pertaining to *James Arthur Brown v. The State of Texas*, No. 03-13-00760-CR in the Texas Court of Criminal Appeals, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue hereof.

Witness my hand, this 18th day of June, A.D., 2015.

Rosemary Lehmberg
Travis County District Attorney

SWORN TO and Subscribed before me by Rosemary Lehmberg on this 18th day of June, 2015.

RODOLFO R. MAGALLANES
Notary Public
STATE OF TEXAS
Commission Exp. JUNE 17, 2017

Notary Public in and for the State of Texas
My Commission expires: June 17, 2017

Filed In The District Court
of Travis County, Texas
on 6-22-15
at 10:45 A.M.
Velva L. Price, District Clerk

IN THE NAME AND BY THE AUTHORITY OF

THE STATE OF TEXAS

OATH OF OFFICE

I, WILLIAM G. SWAIM III, do solemnly swear (or affirm) that I will faithfully execute the duties of the office of Special Assistant District Attorney of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

_____
William G. Swaim III
Special Assistant District Attorney
Travis County, Texas

SWORN TO and Subscribed before me by William G. Swaim III on this 19th day of June, 2015.

_____
Signature of Person Administering Oath

VICKI BUTCHER
Notary Public
STATE OF TEXAS
Commission Exp. 12-19-20

_____
Notary Public in and for the State of Texas
My commission expires: 12/19/15

IN THE NAME AND BY THE AUTHORITY OF

THE STATE OF TEXAS

## STATEMENT OF OFFICER
(Pursuant to Art. XVI, Section 1, Texas Constitution)

I, WILLIAM G. SWAIM III, do solemnly swear (or affirm) that I have not directly or indirectly paid, offered, or promised to pay, contributed, or promised to contribute any money, or valuable thing, or promised any public office or employment, as a reward to secure my appointment or confirmation thereof, so help me God.

William G. Swaim III
Special Assistant District Attorney
Travis County, Texas
P.O. Box 1748
Austin, Texas    78767

SWORN TO and Subscribed before me by William G. Swaim III on this 19th day of June, 2015.

Signature of Person Administering Oath

VICKI BUTCHER
Notary Public
STATE OF TEXAS
Commission Exp. 12-19-2015

Notary Public in and for the State of Texas
My commission expires: 12|19|15